COMMONWEALTH of Pennsylvania, Respondent

v.

Warren E. YERGER, Petitioner

No. 240 MAL 2017

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.